WEED, APPELLANT, *v.* BOARD OF REVISION OF FRANKLIN COUNTY ET AL., APPELLEES.

[Cite as Weed v Bd. of Revision (1978), 53 Ohio St. 2d 20.]

(No. 77-429—Decided January 18, 1978.)

*Mr. Thurlow Weed, pro se.*

*Mr. George C. Smith,* prosecuting attorney, *Mr. Gene Wetherholt* and *Mr. Frank A. Ray,* for appellee.

*Per Curiam.* Appellant's contention, in essence, is that Section 1, Article I of the Ohio Constitution, is paramount to all other provisions of the Ohio Constitution and precludes the taxation of his real property inasmuch as he has not consented to such taxation.

However, "[t]he power to tax is an attribute of sovereignty and in this state is included in the general legislative power which is conferred by Section 1, Article II of the Constitution, upon the general assembly without limitation." *Saviers* v. *Smith* (1920), 101 Ohio St. 132. See, also, Section 2 of Article XII, Ohio Constitution.

This court has long recognized that "[i]t is our duty to give a construction to the constitution as will make it consistent with itself, and will harmonize and give effect to all its various provisions." *Hill* v. *Higdon* (1855), 5 Ohio St. 243, 247.

Taxation of real property being constitutionally authorized, the decision of the Board of Tax Appeals is both reasonable and lawful and is, therefore, affirmed.

*Decision affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.